**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2319**

JOHN SMITH,

Plaintiff - Appellant,

v.

TOWSON UNIVERSITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-02998-JRR)

Submitted:  April 20, 2023                    Decided:  April 24, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Smith appeals the district court's order denying his motion to proceed under a pseudonym.[*] We have reviewed the record and conclude the district court did not abuse its discretion in denying Smith's motion. Accordingly, we affirm. *Smith v. Towson Univ.*, No. 1:22-cv-02998-JRR (D. Md. Nov. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is an appealable collateral order. *See James v. Jacobson*, 6 F.3d 233, 235-38 (4th Cir. 1993); *Under Seal v. Under Seal*, 326 F.3d 479, 483 (4th Cir. 2003).